511 A.2d 1326

Barbara MOLINEUX, Administratrix of the Estate of Michael T. Dalton, Deceased, Respondent,

v.

Dr. Robert REED and Dr. R.J. Critchlow and Dr. Arthur Baker and Dr. M. Zee and Emergency Medical Associates and Taylor Hospital, Petitioners.

Petition of TAYLOR HOSPITAL.

Supreme Court of Pennsylvania.

June 25, 1986.

Petition for Allowance of Appeal GRANTED, No. 83 E.D. Appeal Docket 1986.